# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>LIBORIUS IHECHERE AGWARA,<br><br>    Appellant.<br><br>LIBORIUS IHECHERE AGWARA,<br><br>    Appellant,<br><br>v.<br><br>KELECHI AGWARA, an individual, *et al.,*<br><br>    Appellees. | Case No.:  2:15-CV-01544-RCJ<br><br>**ORDER SETTING HEARING** |

**ORDER IN CHAMBERS**

   Presently before the Court, is Appellant's Opening Brief (ECF #9).  Accordingly,

   IT IS HEREBY ORDERED that ORAL ARGUMENT is set for 10:00 A.M.  Friday, February 12, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

   IT IS SO ORDERED this 6th day of January, 2016.

_____
ROBERT C. JONES
District Judge