GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1040 E. Sahara Ave., Suite 104
Las Vegas, Nevada 89104
vegasatty@msn.com
(702) 384-8951
Attorney for Appellant
Liborius Ihechere Agwara

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In re:

LIBORIUS IHECHERE AGWARA, ) Bankruptcy Case No.: BK-S-13-17576-BTB
dba AGWARA & ASSOCIATES    ) Chapter 7
                           )
        Debtor(s).          )
                           )
_____)
                           )
LIBORIUS IHECHERE AGWARA,  ) U.S. District Court Case No:
                           ) 15-cv-01544-RCJ
        Appellant,          )
                           ) Appeal Reference No.: 15-30
v.                         )
                           )
KELECHI AGWARA, an individual; )
VICTORIA L. NELSON, Chapter 7 )
Trustee in the Bankruptcy Case of )
Liborius Ihechere Agwara,   )
                           )
        Appellees.          )
_____)

## MOTION FOR ENLARGEMENT OF TIME TO FILE APPELLANT'S REPLY BRIEF

Comes now Appellant, Liborius I. Agwara, by and through his co-counsel GEORGE R. CARTER, ESQ., and moves this Court for an enlargement of the time to file and serve Appellant's Reply Brief in this case from December 9, 2015 to Friday December 18, 2015.

///

///

///

This motion is made and based upon Federal Rule of Bankruptcy Procedure 9006 (b)(1) and the attached Declaration of Counsel, and is made in good faith and not to delay justice

Done and dated this 8th day of December, 2015.

*George R. Carter*

GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1040 E. Sahara Ave., Suite 104
Las Vegas, Nevada 89104
vegasatty@msn.com
(702) 384-8951
Attorney for Appellant
Liborius Ihechere Agwara

## POINTS AND AUTHORITIES

**Fed. Rule of BK Procedure 9006(b)(1) states:**

> *(b) Enlargement.*
> (1) *In General.* Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

The attached Declaration of Counsel attests that Debtor Liborius I. Agwara presently has three appeals in varies stages of preparation, and GEORGE R. CARTER, ESQ., is counsel on all of them.

In case BAP No. NV-15-1221, the matter is awaiting setting for oral argument.

In case (APG case Appeal Reference 15-33), Appellant's Opening Brief is complete and has been filed.

This leaves the instant case- Appeal Reference 15-30 for which the Answering Brief was filed on November 25, 2015.

Additionally, counsel is preparing for conference on December 22, 2015 with regard to two adversary proceedings against Debtor.

///

Counsel for Debtor is overwhelmed with all the deadlines close together, and therefore files this first request for an enlargement of time to file Appellant's Reply Brief for nine additional days.

Appellees will not be prejudiced by an additional nine days to file the reply brief, and the additional time will allow proper preparation and serve the interest of justice.

Wherefore, Appellant requests enlargement of time until close of business on December 18, 2015 to file and serve Appellant's Reply Brief.

Done and dated this 8th day of December, 2015.

/s/ George R. Carter
GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1040 E. Sahara Ave., Suite 104
Las Vegas, Nevada 89104
vegasatty@msn.com
(702) 384-8951
Attorney for Appellant
Liborius Ihechere Agwara

IT IS SO ORDERED NUNC PRO TUNC:  DATED:  December 21, 2015.

/s/ R. Jones
_____
ROBERT C. JONES

## DECLARATION OF COUNSEL

STATE OF NEVADA     )
                    )
COUNTY OF CLARK     )

GEORGE R. CARTER, under penalty of perjury, states and declares as follows:

1. That he is co-counsel with the Debtor Liborius I. Agwara on this appeal;

2. That Declarant is finishing the pleadings and discovery due in two adversary proceedings against the Debtor;

3. That Declarant is also working on discovery in a related case involving the Debtor;

4. That Declarant requests an enlargement of time to file Debtor's reply brief in this case until Friday, December 18, 2015 to allow proper preparation in all proceedings now underway;

5. That the interest of justice will be served by granting Appellant's request for an enlargement of time.

Done and dated this 8th day of December, 2015.

*George R. Cart* [signature]
GEORGE R. CARTER
Declarant

GEORGE R. CARTER, ESQ.
040 E. Sahara Ave.
Suite 104
Las Vegas, NV 89104

- 4 -