GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1040 E. Sahara Ave., Suite 104
Las Vegas, NV 89104
(702) 384-8951
vegasatty@msn.com
Attorney for Appellant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**In re:**

**LIBORIUS IHECHERE AGWARA,** ) Bankruptcy Case No.: BK-S-13-17576-BTB
) Chapter 7
)
  **Debtor.** )
_____ )
**LIBORIUS IHECHERE AGWARA,** ) U.S. District Court Case No:
) 15-cv-01544-RCJ
  **Appellant,** )
) Appeal Reference No.: 15-30
**v.** )
)
**KELECHI AGWARA, an individual;** )
**VICTORIA L. NELSON, Chapter 7** )
**Trustee in the Bankruptcy Case of** )
**Liborius Ihechere Agwara,** )
)
  **Appellees.** )
_____ )

## ORDER APPROVING STIPULATION DISMISSING APPEAL

The Court having reviewed and considered the "Stipulation Dismissing Appeal" (the "Stipulation" ) filed by the parties thereto, and good cause appearing thereto.

/ / /

1
2
3   IT IS HEREBY ORDERED that the Stipulation is APPROVED; and
4   IT IS FURTHER ORDERED that the instant case is dismissed with prejudice this date.
    IT IS SO ORDERED.
5
6   DATED:  This 7th day of July, 2016.
7
8   _____
9   ROBERT C. JONES
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GEORGE R. CARTER, ESQ.**
1040 E. Sahara Ave.
Suite 104
Las Vegas, NV 89104